For complainant: Charles R. Easton.

For respondent: Huddy & Moulton, Peter W. McKiernan.

William T. Burrows vs. Wilfred J. Paquin } No. 84884.

April 20, 1932.

CHURCHILL, J. Heard on defendant's motion for a new trial after a verdict for the plaintiff for $576.65 in an action for negligence.

William T. Burrows was the owner of the truck which was being operated by Raymond H. Bowers (*Raymond H. Bowers* vs. *Wilfred J. Paquin,* No. 84883).

This case depends upon the case of *Raymond H. Bowers* vs. *Wilfred J. Paquin,* No. 84883, in which this day a rescript was filed denying the motion of the defendant for a new trial.

It is not suggested in the instant case that the damages are excessive. The verdict does justice between the parties and the defendant's motion for a new trial is hereby denied.

For plaintiff: John DiLibero.

For defendant: Hinckley, Allen, Tillinghast, Phillips & Wheeler.